UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>Aaron GARCIA-Diaz,<br><br>           Defendant | Magistrate Docket No. '07 MJ 2523<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
07 OCT 29 AM 10:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **October 23, 2007** within the Southern District of California, defendant, **Aaron GARCIA-Diaz,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24th DAY OF **OCTOBER, 2007**
29th

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Aaron GARCIA-Diaz

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On October 23, 2007, at approximately 7:50 a.m., Border Patrol Agent J. Espinoza, was performing linewatch duties when he observed a suspected undocumented illegal alien walking northbound on a hill commonly known as "Tin Can." This area is approximately 3 miles east of the Otay Mesa, California Port of Entry and approximately 200 yards north of the United States/Mexico International Boundary fence. Agent Espinoza approached this individual, later identified as the defendant **Aaron GARCIA-Diaz**, and commanded him to stop, but the defendant began to run up Tin Can. After chasing him for approximately five minutes, Agent Espinoza again commanded him to stop, to which he complied. The Agent identified himself as a United States Border Patrol and questioned the defendant as to his citizenship and nationality, in which the defendant replied, "Mexico." Agent Espinoza then asked the defendant if he possessed any immigration documents to be or remain in the United States legally, in which he replied, "No." The defendant was placed under arrest and was transported to the Chula Vista Border Patrol Station for processing.

Routine records checks revealed that the defendant has a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security reveal the defendant was previously deported to **Mexico on July 10, 2007 through Laredo, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. The defendant stated that he understood his rights and agreed to speak to the Agents without an attorney present. During the interview, the defendant stated that he is a citizen and national of Mexico, illegally present in the United States without any immigration documents allowing him to enter, be, or remain in the United Stated legally. The defendant further stated that he illegally crossed the International Boundary between the United States and Mexico by walking across the border East of Otay Mesa, California Port of Entry.

Executed on October 24, 2007 at 8:40 a.m.

_____
James Trombley
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **October 23, 2007**, in violation of Title 8, United States Code, Section 1326.

_____          10/24/07 at 9:03am
Barbara L. Major                          Date/Time
United States Magistrate Judge