```
                                          FILED

                                       2007 NOV -9 PM 2:26

                                       CLERK US DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3052 BEN |
| Plaintiff, ) | <u>I N D I C T M E N T</u> |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) – Deported Alien Found in the United States |
| AARON GARCIA-DIAZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about October 23, 2007, within the Southern District of California, defendant AARON GARCIA-DIAZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

CJB:fer:San Diego
11/8/07

It is further alleged that defendant AARON GARCIA-DIAZ, was removed from the United States subsequent to November 26, 2003.

DATED: November 9, 2007.

A TRUE BILL:

*/s/*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *CARLA J. BRESSLER*
CARLA J. BRESSLER
Assistant U.S. Attorney

2