UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07cr3052-BEN |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| AARON GARCIA-DIAZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

> Carla J. Bressler, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: November 27, 2007       /s/ John C. Ellis, Jr.
                               JOHN C. ELLIS, JR.
                               Federal Defenders
                               225 Broadway, Suite 900
                               San Diego, CA 92101-5030
                               (619) 234-8467  (tel)
                               (619) 687-2666  (fax)
                               E-mail: john_ellis@fd.org