1 **JOHN C. ELLIS, JR.**
California State Bar Number 228083
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 john_ellis@fd.org

5 Attorneys for Mr. Garcia-Diaz

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HON. ROGER T. BENITEZ)**

11 | UNITED STATES OF AMERICA, ) Case No. 07cr3052-BEN
12 |         Plaintiff,         )
                                )  **JOINT MOTION TO CONTINUE**
13 | v.                         )  **MOTION HEARING/TRIAL SETTING**
                                )  **HEARING**
14 | AARON GARCIA-DIAZ,         )
15 |         Defendant.         )

17    Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**,
18 John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., counsel for Aaron Garcia-Diaz, along
19 with Assistant United States Attorney Aaron Clark, that the motion hearing/trial setting hearing set
20 for December 10, 2007 at 2 p.m. be rescheduled to **Tuesday, January 22, 2008, at 2:00 p.m.**

21                                  Respectfully submitted,

23 DATED:    December 6, 2007      */s/ John C. Ellis, Jr.*
                                   **JOHN C. ELLIS, JR.**
24                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Aaron Garcia-Diaz
25

26 DATED:    December 6, 2007      */s/ Aaron Clark*
                                   **AARON CLARK**
27                                 Assistant United States Attorney