UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | Case No. 07cr3052-BEN |
| ) | |
| v.       ) | |
| ) | CERTIFICATE OF SERVICE |
| AARON GARCIA-DIAZ,       ) | |
| ) | |
| Defendant.       ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Motion Hearing/Trial Setting has been electronically served this day upon:

    Aaron Clark, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: December 6, 2007          /s/ John C. Ellis, Jr.
                                                       JOHN C. ELLIS, JR.
                                                       Federal Defenders
                                                       225 Broadway, Suite 900
                                                       San Diego, CA 92101-5030
                                                       (619) 234-8467  (tel)
                                                       (619) 687-2666  (fax)
                                                       E-mail: john_ellis@fd.org