1  **JOHN C. ELLIS, JR.**
California State Bar Number 228083
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  john_ellis@fd.org

5  Attorneys for Mr. Garcia-Diaz

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HON. ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3052-BEN |
| Plaintiff, | |
| v. | **JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING HEARING** |
| AARON GARCIA-DIAZ, | |
| Defendant. | |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., counsel for Aaron Garcia-Diaz, along with Assistant United States Attorney Aaron Clark, that the motion hearing/trial setting hearing set for January 22, 2008 at 2 p.m. be rescheduled to **Tuesday, February 19, 2008, at 2:00 p.m.**

Respectfully submitted,

DATED:    January 15, 2008        */s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Aaron Garcia-Diaz

DATED:    January 15, 2008        */s/ Aaron Clark*
**AARON CLARK**
Assistant United States Attorney