AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Aaron Garcia-Diaz

CASE NUMBER: 07CR3052-BEN

I, _Aaron Garcia-Diaz_, the above named defendant, who is accused of the following offense: Title 8 U.S.C., Sec 1325 - Illegal Entry (misdo), Title 8, U.S.C., Sec 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/22/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Aaron Garcia Diaz_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judge

**FILED**
APR 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MR DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd