```
FILED

APR 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>AARON GARCIA-DIAZ,<br><br>                    Defendant. | Criminal Case No.  07CR3052-BEN<br><br>**SUPERSEDING**<br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony); |

The United States Attorney charges:

Count 1

On or about ___7/10/07___, within the ~~Southern District of California~~ *western District of Texas*, defendant AARON GARCIA-DIAZ, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

Count 2

On or about October 23, 2007, within the Southern District of California, defendant AARON GARCIA-DIAZ, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

//

FILED

APR 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          MD          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  07CR3052-BEN |
| | ) | |
| Plaintiff, | ) | **SUPERSEDING** |
| | ) | I N F O R M A T I O N |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| AARON GARCIA-DIAZ, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony); |
| Defendant. | ) | |

The United States Attorney charges:

### Count 1

On or about ___7/10/07___, within the Southern District of California, defendant AARON GARCIA-DIAZ, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

### Count 2

On or about October 23, 2007, within the Southern District of California, defendant AARON GARCIA-DIAZ, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

//

1

2

3     DATED:     4/18/08                    .

4                                    KAREN P. HEWITT
                                       United States Attorney

5

6

7                                      AARON B. CLARK
                                       Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28